# EXHIBIT G

# AMERISINK

**LEGEND**

**APRON STAINLESS STEEL SINK**

# AS350R

## Features



- 31.25" x 20.125" x 9"
- 18 gauge, 304 stainless steel
- Apron sink
- Handcrafted
- Side drain
- Easy-to-clean, brushed finish
- Spray insulated undercoating & sound pads
- Limited lifetime warranty

**OPTIONAL ACCESSORY:**
N/A

**CODES:**
N/A

## Product Diagram




**1-877-500-SINK (7465)**

WEST COAST WAREHOUSE: 510-667-9998     EAST COAST WAREHOUSE: 404-691-5088
**WWW.AMERISINK.COM**