# EXHIBIT H

# AMERISINK

**TREND**

## UNDERMOUNT STAINLESS STEEL SINK

# AS129

## Features

- 32" x 18" x 9"
- Smart divider
- 1 piece construction
- 18 gauge, 304 type series stainless steel
- Undermount
- 18/10 chrome/nickel content
- Long-lasting, easy-to-clean, brushed finish
- Limited lifetime warranty



## Product Diagram



WWW.AMERISINK.COM
877-500-7465
West Coast Warehouse: 510-667-9998 ▲ East Coast Warehouse: 404-691-5088