UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

─────────────────────────────────────────────

KOHLER CO.,

                Plaintiff,

v.                                          Case No. 17-cv-573-pp

AMERISINK, INC.,

                Defendant.

─────────────────────────────────────────────

**ORDER APPROVING STIPULATION TO TRANSFER ACTION (DKT. NO. 9)**

─────────────────────────────────────────────

The parties filed a stipulation, asking the court to transfer venue to the United States District Court for the Northern District of California. Dkt. No. 9.

Title 28 United States Code Section 1404(a) provides that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." Accordingly, the court **APPROVES** the stipulation to transfer venue (dkt. no. 9), and **ORDERS** the clerk of court to transfer this case to the United States District Court for the Northern District of California.

Dated in Milwaukee, Wisconsin this 20th day of June, 2017.

                                                        **BY THE COURT:**

                                                        **HON. PAMELA PEPPER**
                                                        **United States District Judge**