|   |   |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kohler Co,

        Plaintiff(s),

v.

Amerisink Inc.

        Defendant(s).

Case No: 17-cv-03617

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Scott D. Swanson, an active member in good standing of the bar of Idaho and Utah, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amerisink Inc. in the above-entitled action. My local co-counsel in this case is Denise D Mory, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1509 S. Tyrell Ln., Ste 100<br>Boise, ID 83706 | 701 El Camino Real<br>Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (208) 345-1122 | (650) 351-7248 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| swanson@shaverswanson.com | ddemory@bdiplaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 8156; 11777.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/28/17

                                          Scott D. Swanson
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Scott D. Swanson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/14/2017

                                        *Haywood S. Gill, Jr.*
                                  UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING

## Scott David Swanson

This is to certify that Scott David Swanson is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Mr. Swanson was admitted to the Idaho State Bar by examination on May 7, 2009 and has been an Active member since admission.

June 2, 2017
Date

Annette Strauser, Membership Administrator

I.B.C.R. 301. Definitions.

\* \* \*

(i) Good Standing. The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.

\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764



# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

John C. Baldwin
Executive Director

**Board of Bar Commissioners**

Robert O. Rice
President
Ray Quinney & Nebeker
Salt Lake City

John R. Lund
President-elect
Parsons Behle & Latimer
Salt Lake City

S. Grace Acosta
Scalley Reading Bates Hansen & Rasmussen
Salt Lake City

John W. Bradley
Utah Attorney General's Office
Ogden

Steven R. Burt, AIA
Public Member
Entelen Design Build
Salt Lake City

H. Dickson Burton
TraskBritt
Salt Lake City

Kate A. Conyers
Salt Lake Legal Defenders Assoc.
Salt Lake City

Heather M. Farnsworth
Match & Farnsworth
Salt Lake City

Mary Kay Griffin, CPA
Public Member
Mayer Hoffman McCann
Salt Lake City

Liisa A. Hancock
Jeffs & Jeffs
Provo

Michelle Mumford
Attorney at Law
Salt Lake City

Herm Olsen
Hillyard Anderson & Olsen
Logan

Cara M. Tangaro
Tangaro Law Firm
Salt Lake City

Heather L. Thuet
Christensen & Jensen
Salt Lake City

Kristin K. Woods
Barney McKenna & Olmstead
St. George

May 31, 2017

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for SCOTT DAVID SWANSON**

This is to certify that **SCOTT DAVID SWANSON**, Utah State Bar **No. 11777**, sat for and successfully passed the Utah State Bar examination and was admitted to practice law in Utah on **October 30, 2007**.

**Mr. Swanson** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar



*Serving the public. Working for justice.*